UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
APR 5 2010
David J. Bradley, Clerk

## ORDER TO DISBURSE CASH BOND

| Criminal Action Number | Termination Date | Division |
|---|---|---|
| 7:08-CR-1168-28 | 08/27/09 | McAllen |

**Depositor's Names & Address**

Severita Garcia Guera

Bond is remitted to the person or business at the address on the affidavit of ownership previously submitted to the clerk.

| | 7:08-CR-116828 |
|---|---|
| **Amount Deposited** $ 10,000.00 | **Defendant's Name** Reymundo Guerra |

This cash deposit having been made to secure the defendant's bond and the case having been terminated, the Clerk is ordered to issue a registry check in the full amount of the deposit payable to the order of the person who deposited the money.

Signed on 5th day of April, 2010.

_____
RANDY CRANE
U.S. District Judge

*Approved.*

United States District Clerk

By: _____
Ed Leandro
Criminal Deputy Clerk

By: _____
Sally Henry
Financial Deputy Clerk

No objection.
United States Attorney

By: _____
Assistant U.S. Attorney

N:\bond disbursal 08-1168