Probation Form No. 35A  
(5/00)

Report and Order Terminating Supervision  
Only, Before Original Expiration Date

## United States District Court
## for the
## Southern District of Texas

United States of America

    versus

Criminal Case:   M-08-1168-S2-028

Reymundo Guerra  
   A/K/A Tio

    On June 28, 2013, this defendant was placed on supervised release for 4 years.  The defendant has complied with the court's restrictions and no longer needs supervision.  It is recommended that supervision only be terminated.

Respectfully submitted,

*Patricia Brown*

Alfonso J. Liguez  
United States Probation Officer

### Order of Discharge

    On the probation officer's recommendation, the defendant is discharged from supervision only.  Jurisdiction continues through June 27, 2017.

Signed September 10, 2015     McAllen, Texas.

*Randy Crane*

Randy Crane  
United States District Judge